992

Grace E. BEALL et al., Appellants, v. CHI-CAGO, MILWAUKEE, ST. PAUL & PA-CIFIC RAILROAD CO. et al.

No. 11045.

Circuit Court of Appeals, Eighth Circuit.

June 23, 1938.

Herbert W. Brackney, of Sioux City, Iowa, for appellants.

John N. Hughes, Willis J. O'Brien, and John N. Hughes, Jr., all of Des Moines, Iowa, for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution, and mandate ordered to issue forthwith.

William I. BETTIS v. PATTERSON–BALLAGH CORPORATION, etc.

No. 8905.

Circuit Court of Appeals, Ninth Circuit.

July 29, 1938.

Raymond Ibes Blakeslee, of Los Angeles, Cal., for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of the court in this cause issue forthwith.

L. BOTELER, Trustee of the Estate of Richmaid Creameries, Inc., a Corporation, Debtor, v. Nat ROGAN, Collector of Internal Revenue for the Sixth Collection District of California.

No. 8807.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1938.

David Schwartz, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty. for the Treasury Department, all of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered order of District Court in this cause reversed, and cause remanded to the said District Court.